USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
STUCKEY DIAMONDS, INC.,

        Plaintiff,

    -v-

FISCHER DIAMONDS, INC.,

        Defendant.
-------------------------------------X

05 Civ. 5232 (DLC)

ORDER

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

    SO ORDERED:

Dated:    New York, New York
          July 6, 2005

                                      DENISE COTE
                            United States District Judge